# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RICHARD ALLEN DIXON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket no. 2:16-cv-178-NT |
| ) | |
| DALTON GROEGER, ) | |
| ) | |
| Defendant. ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 29, 2016, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Plaintiff's Motion to Dismiss (ECF No. 20). The time within which to file objections expired on September 15, 2016 and no objections have been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED.  The Defendant's Motion to Dismiss is DENIED.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 3rd day of October, 2016.