# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

RICHARD ALLEN DIXON, JR., )
)
        Plaintiff, )
)
v. ) Civil No. 2:16-cv-178-NT
)
)
DALTON GROEGER, )
)
        Defendant. )

## ORDER AFFIRMING THE RECOMMENDED
## DECISION OF THE MAGISTRATE JUDGE

On August 2, 2017, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision. Recommended Decision (ECF No. 46). The Defendants filed their objection to the Recommended Decision on August 16, 2017 (ECF No. 47). I have reviewed and considered the Recommended Decision and the Defendant's objection to the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Defendant's motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**. I **GRANT** the Defendant's motion for summary judgment on the Plaintiff's retaliation claim and **DENY** the Defendant's

motion for summary judgment on the Plaintiff's claim under the Fourteenth Amendment.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 1st day of December, 2017